# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LEONARD JACKSON,<br><br>        Plaintiff,<br><br>vs.<br><br>B. M. CASH, et al.,<br><br>        Defendants. | ) Case No. EDCV 14-02384-JVS (DTB)<br>)<br>)<br>) ORDER ACCEPTING FINDINGS,<br>) CONCLUSIONS AND<br>) RECOMMENDATIONS OF UNITED<br>) STATES MAGISTRATE JUDGE<br>)<br>)<br>)<br>) |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

      IT THEREFORE IS ORDERED that defendants' Motion to Dismiss plaintiff's Eighth Amendment claim against defendants Cash and Allen based on visitation restrictions is granted with leave to amend; that defendants' Motion to Dismiss plaintiff's Eighth Amendment claim against defendants Cash and Cromwell based on plaintiff's cell conditions is denied; that defendants' request to strike plaintiff's

request for punitive damages without prejudice is denied; that the John Doe defendant is dismissed without prejudice; and that Cash and Cromwell are hereby ORDERED to serve and file an Answer to the First Amended Complaint addressing the remaining Eighth Amendment claim within 45 days from the date of this Order.

Dated: October 27, 2016

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE